UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 24-CR-457 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| **ERIC COUNCIL JR.,** | : | |
| | : | |
| Defendant. | : | |

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant Eric Council Jr., and his counsel, Dwight Crawley, in which the Defendant agreed to plead guilty to Count One of the Indictment, charging him with the offense of Conspiracy to Commit Aggravated Identity Theft and Access Device Fraud, in violation of Title 18, United States Code, Section 371, and Defendant pleaded guilty to Count One;

**WHEREAS**, the Indictment gave notice that any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses alleged in Count One is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and such forfeiture is mandatory;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the Defendant's plea agreement, that any property which constitutes or is derived from proceeds traceable to the commission of the violations alleged in Count One of the Indictment, is subject to forfeiture.

**WHEREAS**, the defendant personally obtained at least $50,000 from the criminal conduct alleged in Count One;

**WHEREAS**, Defendant consents to a money judgment in the amount of $50,000;

**WHEREAS**, Title 21, United States Code, Section 853(p) authorizes the forfeiture of

substitute property;

**WHEREAS**, the Defendant admits that one or more conditions under Title 21, United States Code, Section 853(p)(1) exist, namely that any property that constitutes or is derived from proceeds Defendant personally obtained through the conduct alleged in Count One, have been dissipated by the defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**WHEREAS**, pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. The Court finds that the Defendant personally obtained $50,000 from the offenses of conviction. A forfeiture money judgment in the amount of $50,000 is entered against the defendant and in favor of the United States.

2. The Court finds that the criminal earnings obtained by the Defendant, namely $50,000 have been dissipated by the defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and

the defendant's consent, this Order of Forfeiture is now final as to the Defendant and shall be made part of the sentence and included in the judgment.

5.  The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6.  The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

7.  Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), this is a final order of forfeiture.

Dated this _____ day of _____, 2025.

_____
HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

Edward R. Martin, Jr.
United States Attorney
D.C. Bar No. 481866

By:  */s/ Kevin L. Rosenberg* _____
Kevin Rosenberg
Assistant United States Attorney